UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

IN RE BRUCE MARTIN,

Debtor.

Chapter 13
Bankr. Case No. 04-17210

Dist. Ct. Case No. 1:06-CV-0225
(LEK)

## **DECISION AND ORDER**

Appellant George Hom ("Appellant" or "Hom") is appealing from a January 9, 2006 Order of the United States Bankruptcy Court for the Northern District of New York (*Littlefield, B.J.*). Notice of Appeal (Dkt. No. 1). The Clerk of the Bankruptcy Court has filed a Notice of Deficiency and a Certification of Non-Compliance concerning the appeal. <u>See</u> Dkt. No. 2, Attachs. 4 & 5. Hom's Notice of Appeal was dated February 2, 2006, and was filed on February 6, 2006. <u>See</u> Notice of Appeal (Dkt. No. 1); Certification of Non-Compliance (Dkt. No. 2, Attach. 5).

Appellant has not complied with Federal Rule of Bankruptcy Procedure 8006, according to the Certification of Non-Compliance received from the Bankruptcy Clerk. <u>See</u> Certification of Non-Compliance (Dkt. No. 2, Attach. 5). No extension of time has been granted. <u>Id.</u>

Accordingly, it is hereby:

**ORDERED**, that the appeal is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court shall serve copies of this Order by regular mail upon the parties to this action.

**IT IS SO ORDERED**.

DATED:   March 08, 2006
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge