UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE BRUCE MARTIN,

Debtor.

Chapter 13
Bankr. Case No. 04-17210

Dist. Ct. Case No. 1:06-CV-0225
(LEK)

**DECISION AND ORDER**

Plaintiff/Appellant George Hom ("Appellant" or "Hom") filed a request to proceed *in forma pauperis* ("IFP") in the above-captioned matter on June 12, 2006. See IFP Applic. (Dkt. No. 11). After review, however, this Court determined that the IFP Application was incomplete as submitted, and denied the application without prejudice to renewal upon the re-filing of a properly completed application containing all requested and required information. See June 15, 2006 Order (Dkt. No. 12). On July 5, 2006, a Revised IFP Application was filed by Appellant Hom. See Revised IFP Applic. (Dkt. No. 13).

The revised submission provides this Court with all of the requested and required information on the application form, see id., such that this Court may now make a finding as to Appellant's current financial status. After reviewing Appellant's Revised Application and the file, the Court finds that Hom may properly proceed with this matter *in forma pauperis*.

Therefore, it is hereby

**ORDERED**, that Appellant Hom's Revised Application to proceed *in forma pauperis* (Dkt. No. 13) is **GRANTED**[1]; and it is further

---

[1] Plaintiff should note that although his *in forma pauperis* application has been granted, he will still be required to pay fees that he may incur in this action, including copying and/or witness fees.

1

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   September 26, 2006
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge